IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRECISION AGGREGATE PRODUCTS, L.L.C., a Nevada limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. CIV-06-1146-L ) |
| CMI TEREX CORPORATION d/b/a TEREX ROADBUILDING, an Oklahoma corporation, | ) ) ) ) |
| Defendant. | ) |

## **J U D G M E N T**

Pursuant to the Memorandum Opinion issued this date, judgment is entered in favor of plaintiff, Precision Aggregate Products, L.L.C., and against defendant CMI Terex Corporation d/b/a Terex Roadbuilding, in the amount of $191,224.00, together with interest thereon at the rate allowed by law from this date until paid.

Entered this 17th day of January, 2008.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge